Michael Peffer (SBN: 192265)
PACIFIC JUSTICE INSTITUTE
2200 N. Grand Ave.
Santa Ana, CA 92704
Tel: (714) 796-7150
Email: michaelpeffer@pji.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODIE KNIGHT, an individual,<br>　　　　　　Plaintiff,<br><br>v.<br><br>TARTINE BAKERY, LLC; TARTINE, LP, and DOES 1 to 100, inclusive,<br>　　　　　　Defendants. | CASE NO.:   2:22−CV−08436 FLA (KSX)<br><br>[ASSIGNED TO THE HONORABLE FERNANDO L AENLLE−ROCHA]<br><br>**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2** |

**TO THIS HONORABLE COURT:**

　　On May 16, 2024, the parties appeared before the Honorable Magistrate Judge Karen L. Stevenson to conduct a settlement conference. The following appeared: Plaintiff, Melodie Knight and her attorney, Michael J. Peffer, along with Defendant representatives, with their attorneys Brendan Joy and Vana Ebrahimi.

　　Thanks to the efforts of Judge Stevenson and all parties, the case was settled. Counsel for Defendants is preparing the settlement documents and the parties agreed that the case will be ready for dismissal within 30 days.

/ / /

- 1 -
**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2**

DATED: May 17, 2024			PACIFIC JUSTICE INSTITUTE

By: */s/Michael J. Peffer*
MICHAEL PEFFER, ESQ.,
Attorneys for Plaintiff, MELODIE KNIGHT

- 2 -
**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2**